IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JERRY L. HOFFMAN, JR.,**

*Plaintiff*,

v.                                              Case No.: 1:23cv60-MW/MAF

**NICHOLAS T. DOMICO,**

*Defendant*.
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 52. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 52, is **accepted and adopted** as this Court's opinion. Defendant's motion to dismiss the official capacity claim in Plaintiff's third amended complaint, ECF No. 33, is **GRANTED**. The official capacity claim is **DISMISSED**, but the individual capacity claims will continue. This case is **REMANDED** to the Magistrate Judge for further proceedings

consistent with this Order.

**SO ORDERED on July 2, 2024.**

<u>s/Mark E. Walker      </u>  
**Chief United States District Judge**