IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JERRY L. HOFFMAN, JR.,**

    *Plaintiff*,

v.                                      Case No.: 1:23cv60-MW/MAF

**NICHOLAS T. DOMICO,**

    *Defendant.*

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 77. This Court has also reviewed the video evidence both sides submitted. This Court agrees with the Magistrate Judge that there are no disputed material facts.

Plaintiff entered the Social Security Office while filming with his video camera. He informed the security officer on site that he was filming. The security officer informed Plaintiff that under federal law, he could not film in the Social Security Office. Whether Plaintiff also actually intended to obtain services from the Social Security Office on the day in question is immaterial to Plaintiff's due process and equal protection claims.

When asked to leave if he was going to continue filming, Plaintiff initially refused to do so. This Court would note, at this point, Plaintiff arguably committed

a trespass in a structure or conveyance under section 810.08. Florida Statutes. *See* § 810.08(1) ("Whoever . . . having been authorized, licensed, or invited is warned by . . . a person authorized by the owner or lessee, to depart and refuses to do so, commits the offense of trespass in a structure or conveyance.").

Based on this record and the absence of any genuine dispute of material fact, Plaintiff has failed to demonstrate, as a matter of law, that he was deprived of a liberty or property interest without due process when he was later issued a trespass warning by Defendant. Moreover, Plaintiff has failed to demonstrate, as a matter of law, that he was treated differently than any similarly situated persons, when he was trespassed from Social Security Offices for his disruptive behavior. Instead, Defendant has demonstrated that he is entitled to judgment as a matter of law as to both claims. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 77, is **accepted and adopted** as this Court's opinion. Plaintiff's amended motion for summary judgment, ECF No. 63, is **DENIED**. Defendant's motion for summary judgment, ECF No. 59, is **GRANTED**. The Clerk shall enter judgment stating, "Judgment is entered in Defendant's favor as to all claims. Plaintiff's claims are **DISMISSED with**

**prejudice**." The Clerk shall close the file.

**SO ORDERED on June 5, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
